UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOILEAU & ASSOCIATES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 18-710-WBV-DMD<br>c/w 18-7613 |
| LOUISIANA HEALTH SERVICE<br>& INDEMNITY COMPANY | SECTION: D (3) |

## ORDER OF DISMISSAL

The Court has been advised by the Magistrate Judge that all of the parties to this action have firmly agreed upon a compromise and settlement of all claims (R. Doc. 251).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, July 1, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**